People ex rel. Aldea v Molina (2023 NY Slip Op 05999)

People ex rel. Aldea v Molina

2023 NY Slip Op 05999

Decided on November 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2023-10693

[*1]The People of the State of New York, ex rel. Donna Aldea, on behalf of Moshe Neusadt, petitioner,
v
Louis A. Molina, etc., respondent.

Barket Epstein Kearon Aldea & LoTurco, LLP, Garden City, NY (Donna Aldea pro se and Matthew Keller of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Paul Hershan of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus, inter alia, in the nature of an application to release Moshe Neusadt upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 3345/2019.
ADJUDGED that the writ is dismissed, without costs or disbursements. 
The bail determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger, 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson, 48 NY2d 230; People ex rel. Litman v Spano, 197 AD3d 1211).
The petitioner's remaining contention is without merit.
CONNOLLY, J.P., GENOVESI, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court